```
 1  File No. 98.0229
    Robert Scott Kennard
 2  State Bar No. 117017
    NELSON & KENNARD
 3  2180 Harvard Street, Ste. 160  (95815)
    P.O. Box 13807
 4  Sacramento, CA  95853
    Telephone:  (916) 920-2295
 5  Facsimile:  (916) 920-0682
 6
    Craig A. Leslie
 7  Phillips Lytle LLP
    3400 HSBC Center
 8  Buffalo, NY  14203-2887
    Telephone:  (716) 847-8400
 9  Facsimile:  (716) 852-6100
10
    Attorneys for Plaintiff
11  FORD MOTOR CREDIT COMPANY LLC
12
```

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY LLC, | **CASE NO. CIV 2:10-01988-JAM-FEB** |
| Plaintiff, | **STIPULATED ORDER RE:** |
| vs. | **(A) REFERRAL TO MEDIATION;** |
| JAMES BLINCOE, et al. | **(B) EXTENSION OF DISCOVERY COMPLETION DATE, and ;** |
| Defendant. | **(C) EXTENSION OF THE DISPOSITIVE MOTION COMPLETION DATE** |
| AND RELATED CROSS-ACTION. | |

The court having considered the stipulation of the parties referenced dated 07/15/11 and good cause appearing therefore:

IT IS HEREBY ORDERED that this Plaintiff FORD MOTOR CREDIT COMPANY LLC and Defendant JAMES BLINCOE are referred to the court sponsored Voluntary Dispute Resolution Program and that the VDRP

**STIPULATED ORDER** - 1

PDF created with pdfFactory trial version www.pdffactory.com

coordinator is hereby ordered to select and appoint a neutral for such purposes, and;

    IT IS FURTHER ORDERED that the Scheduling Order issued December 6, 2010 is modified as follows:

    1.   Discovery (including Motions to Compel) shall be completed by 10/07/11;

    2.   Dispositive motions shall be filed and served by 10/19/11;

    3.   Hearings on dispositive motions shall be set for 11/16/11 at 9:30 a.m.;

    4.   Joint Pre-Trial Statements are due 12/09/11;

    5.   Pre-Trial Conference shall be held 12/16/11 at 10:00 a.m., and;

    6.   Jury trial is set for 02/13/12 at 9:00 a.m.

    IT IS HEREBY ORDERED that except as otherwise specified hereinabove, nothing in this Stipulation shall be construed in such a way so as to impair the remaining orders, deadlines and/or hearings set forth in the court's Scheduling Order dated December 6, 2010.

Dated:  7/20/2011                                 /s/ John A. Mendez_____
                                                     Honorable John A. Mendez
                                                     UNITED STATES DISTRICT COURT

**STIPULATED ORDER** - 2

PDF created with pdfFactory trial version www.pdffactory.com