```
File NO. 98.0229
Robert Scott Kennard
State Bar No. 117017
NELSON & KENNARD
2180 Harvard Street, Ste. 160 (95815)
P.O. Box 13807
Sacramento, CA 95853
Telephone: (916) 920-2295
Facsimile: (916) 920-0682

Attorneys for Plaintiff
FORD MOTOR CREDIT COMPANY LLC
```

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JAMES BLINCOE, et al.,<br><br>　　　　Defendants.<br>_____<br><br>AND RELATED CROSS-ACTION.<br>_____ | **CASE NO. CIV 2:10-01988-JAM-EFB**<br><br>**ORDER DISMISSING COMPLAINT OF FORD MOTOR CREDIT COMPANY LLC WITH PREJUDICE AS TO DEFENDANT JAMES BLINCOE, ONLY** |

　　　The court having considered the stipulation of the parties and with good cause appearing therefore;

　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Complaint of Plaintiff FORD MOTOR CREDIT COMPANY LLC is dismissed with prejudice as to Defendant JAMES BLINCOE, only.

Dated:　3/1/2012　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　Honorable John A. Mendez
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

**ORDER OF DISMISSAL** - 1