File No. 98.0229
Robert Scott Kennard, Esq.
State Bar No. 117017
NELSON & KENNARD
2180 Harvard Street, Suite 160
P.O. Box 13807
Sacramento, California  95853
Telephone:  (916) 920-2295
Facsimile:   (916) 920-0682

Attorneys for Plaintiff
FORD MOTOR CREDIT COMPANY LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY LLC, | Case No. 2:10-CV-01988-JAM-EFB |
| Plaintiff, | |
| v. | ~~(Proposed)~~ ORDER FOR DISMISSAL OF PLAINTIFF'S COMPLAINT |
| MICHAEL A. MELLOW, et al. | Date:  12/17/14 |
| Defendant. | Time:  9:30 a.m. |
| | Room:  6, 14th Floor |

This matter having been brought before the Court by Nelson & Kennard and Phillips Lytle LLP, attorneys for Ford Motor Credit Company LLC ("Ford Credit"), on notice to counsel for all parties, for an Order dismissing Ford Credit's complaint (Document No. 1) against defendant Michael A. Mellow ("Mellow") pursuant to Fed. R. Civ. P. 41(a)(2).

Doc #01-2788707.1

ORDER OF DISMISSAL - 1

ORDERED on this 18th day of ~~November~~ December, 2014, that Ford Credit's complaint against Mr. Mellow (Document No. 1) be, and hereby is, dismissed without prejudice and without costs.

_____
HON. JOHN A. MENDEZ
United States District Judge

Doc #01-2788707.1

ORDER OF DISMISSAL - 2